January term, 1918, and be ready for argument when reached; otherwise, appeal dismissed, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

MARGARET M. KOSTER, as Executrix, etc., of HENRY R. KOSTER, Deceased, Respondent, v. WESTCHESTER COUNTY BREWING COMPANY, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

CELIA LYON, Appellant, v. THOMAS GILLERAN and Another, Respondents. — Decision of this motion held to await the argument of the appeal from the judgment. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

JOHN McCARTHY, Appellant, v. JOHN P. STETSON, Respondent.— Motion denied upon condition that appellant perfect the appeal, place the case on the calendar for the January term, 1918, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

EDWARD WERNER, Respondent, v. GEORGE T. KELLY, Appellant.— Motion denied upon condition that appellant perfect the appeal, place the case on the calendar for the January term, 1918, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

HARVEY A. WILLIS, Appellant, v. ELSIE H. BIRD and ELIJAH W. HOLT, as Executors, etc., of WILLIAM N. D. BIRD, Deceased, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ.

AMERICAN DISTRICT STEAM COMPANY, Respondent, v. EVERETT E. WHEELER, Individually and as Administrator of WILLIAM T. WHEELER, Deceased, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the form of the indorsement, together with the correspondence in evidence, constituted some substantial evidence that the plaintiff accepted the notes in suit with the understanding that the defendant had indorsed them so as to bind the estate, and not himself individually, and that, therefore, the trial justice should have submitted that question to the jury and not have directed a verdict for the plaintiff. Thomas, Stapleton, Mills, Rich and Blackmar, JJ., concurred.

ROBERT F. BURNS, Respondent, v. HARRY R. WILKINSON, Appellant.— Judgment and order reversed and complaint unanimously dismissed, with costs, upon the ground that as a matter of law the defendant had probable cause to believe that the plaintiff was about to take away his car without permission. Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

HENRY D'HONT, an Infant, by CAMILLE D'HONT, His Guardian ad Litem, Respondent, v. THE NATIONAL SUGAR REFINING COMPANY OF NEW JERSEY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

MARY A. FINN, as Administratrix, etc., of THOMAS H. FINN, Deceased, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.